# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2962

Curtis Dwayne Vaughn

Appellant

v.

Sean M. Flannery, Administrator, Information Technology Support, Department of Computer Services, Missouri State University, et al.

Appellees

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:22-cv-03301-MDH)

---

**ORDER**

The petition for rehearing by the panel is denied.

All pending motions are denied.

No further filings will be accepted in this closed case.

Mandate shall issue forthwith.

October 13, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans