# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2962

Curtis Dwayne Vaughn

Appellant

v.

Sean M. Flannery, Administrator, Information Technology Support, Department of Computer Services, Missouri State University, et al.

Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:22-cv-03301-MDH)
_____

**MANDATE**

In accordance with the judgment of September 15, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 13, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit